**Order entered January 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00953-CR

**LUIS RUBEN ISLAS MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F13-00162-L**

## ORDER

The Court **ORDERS** court reporter Debi Harris to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 3, 4, 5, 6, 8, 9, and 10, DVDs.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Debi Harris, court reporter, Auxiliary Court No. 8, and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE